PD-0576-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/27/2015 10:14:01 AM
Accepted 5/28/2015 3:01:50 PM
ABEL ACOSTA
CLERK

# OFFICE OF THE DISTRICT ATTORNEY

JARVIS PARSONS
District Attorney



300 EAST 26TH STREET
SUITE 310
BRYAN, TEXAS 77803

979/361-4320
FAX: 979/361-4368

## BRAZOS COUNTY, TEXAS

May 27, 2015

Honorable Abel Acosta
Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas  78711

FILED IN
COURT OF CRIMINAL APPEALS

May 28, 2015

ABEL ACOSTA, CLERK

RE:   Stanley Robertson v. The State of Texas
        Court of Criminal Appeals No. PD-0576-15

Dear Mr. Acosta:

Please be advised that the State will not file a response to Appellant's petition for discretionary review. In the event that the Court does grant Appellant's petition for discretionary review, the State will respond to any brief filed by Appellant at that time.

By copy of this letter, I am forwarding a copy of same to Appellant.

Yours truly,

/s/ Douglas Howell, III

Assistant District Attorney
State Bar no. 10098100
dhowell@brazoscountytx.gov

cc:   Gerald Bourque, 24 Waterway Ave., Suite 660, The Woodlands, TX 77380.